# Notice Recipients

District/Off: 0207−1　　　User: cteutonic　　　Date Created: 4/9/2013
Case: 1−12−46858−cec　　　Form ID: 205　　　Total: 4

**Recipients of Notice of Electronic Filing:**
tr　　Alan Nisselson　　anisselson@windelsmarx.com
aty　　Barry N Frank　　bnfrankesq@gmail.com

　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　Ellen R. Springer　　147−21 109th Ave.　　Jamaica, NY 11435
smg　　United States Trustee　　Office of the United States Trustee　　271 Cadman Plaza East　　Brooklyn, NY 11201

　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2